# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20-cv-105 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| FORTY-TWO THOUSAND, SIX HUNDRED FIFTY DOLLARS IN UNITED STATES CURRENCY ($42,650.00), et al., | : : : | |
| Defendants. | | |

## ORDER

This matter is before the Court on the United States' Motion for Stay of Civil Forfeiture Proceeding, filed on March 20, 2020. The United States seeks a stay of the above-captioned case pending resolution of a related criminal case pursuant to 18 U.S.C. § 981(g). Section 981(g)(1) states, "Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case." 18 U.S.C. § 981(g)(1).

The United States represents that there is a related criminal case, *United States v. Bogle, et al.*, Case No. 3:19-cr-137-WHR, with potentially similar parties and based on the facts that gave rise to this civil forfeiture proceeding. The United States further represents that civil discovery in this case will adversely affect the prosecution of the related criminal case.

For good cause shown, the United States' Motion for Stay is **GRANTED**. The Court hereby **STAYS** the entirety of the above-captioned civil forfeiture proceeding until the conclusion

of the related criminal case.   The United States is ORDERED to file status reports every 60 days.

**IT IS SO ORDERED.**

Date:   March 23, 2020                              *s/Thomas M. Rose

                                                                         THOMAS M. ROSE
                                                                         UNITED STATES DISTRICT JUDGE